UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAKA RESEARCH INC.,

                Plaintiff,                CASE No. 22-CV-60246-KMW

v.                                      Judge: Kathleen M. Williams

THE INDIVIDUALS, PARTNERSHIPS AND      Magistrate Judge: Alicia O. Valle
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"
                Defendant.

## DECLARATION OF ANDREW J. PALMER

I, Andrew J. Palmer, declare and state as follows:

1.    I am counsel of record for Plaintiff Daka Research Inc ("Plaintiff"), in the above captioned action. I submit this Declaration in support of Plaintiff's Motion for Entry of Final Default Judgement on Defendants, bad87hs, Wallfall Art, Shenzhen Bali Electronic Technology Co., Ltd., YYXJOBHD, Wocun Technology, hoomagicna and NGIUHW, sunpangzi. I am personally knowledgeable of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2.    I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) has failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3.    My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated e-commerce stores operating under the Storefronts and its contact information. Our investigation confirmed that the Defaulting

Defendants are primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. The limited information provided by Amazon for Defaulting Defendants indicates that the amount restrained in Defaulting Defendants' known financial accounts ranges from $1,039.16 - $65,925.37.

5. A breakdown by Defaulting Defendant of the amount restrained and Plaintiff's requested profit award is in the table below.

| Defaulting Defendant Seller Aliases | Amount Restrained | Requested Profit Award |
|---|---|---|
| bad87hs | $65,925.37 | $65,925.37 |
| Wallfall Art | $1,344.72 | $1,344.72 |
| Shenzhen Bali Electronic Technology Co., | $42,165.27 | $42,165.27 |
| YYXJOBHD | $1,039.16 | $1,039.16 |
| Wocun Technology | $1,473.49 | $1,473.49 |
| hoomagicna | $1,140.07 | $1,140.07 |
| NGIUHW | $1,750.41 | $1,750.41 |
| sunpangzi | $1,087.56 | $1,087.56 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this December 4, 2022, at Florida.

By: _____
Andrew J. Palmer
Attorney for Plaintiff