UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-60246-CV-WILLIAMS

DAKA RESEARCH INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON AMENDED SCHEDULE "A,"

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 74) ("*Report*") on Plaintiff's Motion for Default Final Judgment Against Defendants (DE 70) ("*Motion*").[1]  In the Report, Judge Valle recommends that the Motion be granted.  (DE 74 at 1.)  Specifically, Judge Valle recommends that (i) Plaintiff is entitled to a permanent injunction against Defendants; (ii) Plaintiff is entitled to monetary damages based on Defendants' profits; and (iii) Plaintiff be awarded the amounts listed in the proposed Final Judgement (DE 70-2) as reasonable monetary damages on Plaintiff's patent infringement claim.  (DE 74 at 9–10.)  No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Valle's Report (DE 74) is **AFFIRMED AND ADOPTED**.

---

[1] Eight Defendants remain in this case, and the Motion relates to all eight: bad87hs; Shenzhen Bali Electronic Technology Co., Ltd; sunpangzi; Wallfall Art; YYXJOBHD; Wocun Technology; hoomagicna; and NGIUHW.

2. Plaintiff's Motion for Default Final Judgment Against Defendants (DE 70) is **GRANTED** and a permanent injunction is entered against Defendants.

3. Plaintiff's request for monetary damages against Defendants is **GRANTED** and Plaintiff is awarded monetary damages based on Defendants' profits in the amounts listed in the proposed Final Judgement (DE 70-2).

4. The Court will separately issue a default final judgment.

5. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>17th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE